STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

SAMANTHA BENNETT (NYBN 5132063)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    samantha.bennett@usdoj.gov

Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 18-0174 YGR |
| Plaintiff, | **ORDER GRANTING**<br>NOTICE OF DISMISSAL |
| v. | |
| MARTHA JULIA MAFFEI, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Martha Julia Maffei.


DATED: October 27, 2021               Respectfully submitted,

                                         STEPHANIE M. HINDS
                                         Acting United States Attorney

                                         *Hallie Hoffman*
                                         _____
                                         HALLIE HOFFMAN
                                         Chief, Criminal Division

//

1    Leave is granted to the government to dismiss the indictment against Martha Julia Maffei.

2

3

4    Date: _October 28, 2021_

5    HON. YVONNE GONZALEZ ROGERS
     United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF DISMISSAL
No. CR 18-0174 YGR_____                                    v. 8/4/2021